UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD, <br> Plaintiff, <br> v. <br> JEFF SESSION, <br> Defendant. | Case No. 18-cv-05113-JST (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to (1) perfect his application to proceed in forma pauperis ("IFP"), or (2) pay the filing fee of $400.00. The IFP application is incomplete because plaintiff failed to file a Certificate of Funds completed and signed by an authorized prison officer, and a prison trust account statement detailing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Any motion to reopen **must** contain the documents listed above or full payment for the filing fee. Plaintiff's IFP application (ECF No. 2) is DENIED without prejudice. The Clerk shall terminate Docket No. 2, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: October 10, 2018

_____
JON S. TIGAR
United States District Judge